1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )  CASE NO. 11-00090-DLJ
                                     )
15         Plaintiff,                )  NOTICE OF DISMISSAL
                                     )
16     v.                            )  [PROPOSED] ORDER
                                     )
17  SUSANA VIOLETA VALENCIA,         )
                                     )
18         Defendant.                )
                                     )
19

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States

21  Attorney for the Northern District of California dismisses the above indictment without prejudice as to

22  defendant Susana Violeta Valencia only.

23  DATED: May 9, 2014                    Respectfully submitted,

24                                        MELINDA HAAG
                                          United States Attorney
25

26                                          /s/
                                          _____
27                                        JEFFREY D. NEDROW
                                          Assistant United States Attorney
28                                        Northern District of California
   NOTICE OF DISMISSAL
                                      1

1  ORDER

2  Leave of Court is granted to the government to dismiss the indictment without prejudice as to
3  defendant Susana Violeta Valencia only.

4

5  It is so ORDERED:

6

7  Dated: _____

8  _____
   D. LOWELL JENSEN
   United States District Judge
   Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL

2